IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-04849-CNS-STV
Courtroom Deputy: Sonia Chaplin

Date: November 19, 2026
FTR – Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| KAYLA SUTTON, | Alexander Weisberg (by phone) |
| Plaintiff, | |
| v. | |
| HYUNDAI MOTOR AMERICA, INC., | Lee Allen Mickus |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session: 2:02 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on Plaintiff's [12] Motion to Remand.

Arguments by counsel.

**Court in recess: 2:11 p.m.**
**Court in session: 2:21 p.m.**

For the reasons stated on the record, it is:

**ORDERED:** Plaintiff's [12] Motion to Remand is **DENIED**. The Scheduling Conference is RESET to **December 8, 2026 at 9:00 a.m.** in Courtroom A402 in front of Chief Magistrate Judge Scott T. Varholak. Parties shall file a proposed scheduling order on or before **December 1, 2026**.

HEARING CONCLUDED.

**Court in recess: 2:30 p.m.**

Total time in court: 00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*